IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CHARLIE VAYSHONE GREEN,<br>Petitioner, | )<br>) Civil Action No. 7:05CV00713<br>) |
| v. | ) **FINAL ORDER**<br>) |
| FEDERAL BUREAU OF PRISONS,<br>Respondent. | ) By Hon. Jackson L. Kiser<br>) Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

## ORDERED

as follows:

1. The respondent's motion to dismiss is **GRANTED**;

2. The petition for writ of habeas corpus filed by the petitioner shall be **STRICKEN** from the active docket of the court;

3. The petitioner's "motion for trial" (docket #12) is **DENIED**;

3. The petitioner's motion to amend his complaint to include an additional respondent (docket #16) is **DENIED**; and

4. The petitioner's motion for further investigation by the court (docket #21) is **DENIED**.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent, if known.

ENTER: This 7th day of April, 2006.

Senior United States District Judge